THIS ORDER IS APPROVED.

Dated: December 30, 2017



*Brenda Moody Whinery*

**Brenda Moody Whinery, Bankruptcy Judge**
_____

Wayne Mortensen (#18519)
MORTENSEN LAW OFFICES
1901 E. University Dr., Ste. 360
Mesa, Arizona 85203
(520) 365-4546
Fax (480) 656-0152
mortensenlawcourt@gmail.com

Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) In Proceedings Under |
| | ) Chapter Thirteen |
| JORGE A. ROSADO | ) |
| SS# ***-**-4779 | ) Case No.  4-17-bk-14010-BMW |
| | ) |
| and | ) ORDER RE: AUTOMATIC STAY |
| | ) |
| DIANETTE ROSADO | ) |
| SS# ***-**-4068 | ) |
| | ) |
| Debtors. | ) |

JORGE A. ROSADO and DIANETTE ROSADO having requested that the automatic bankruptcy stay be continued in this case pursuant to 11 U.S.C. section 362 ( c ) ( 3 ) (B), the Court having considered that request, the Motion having been noticed to all parties on November 28, 2017 and no objections having been made, and good cause appearing,

**IT IS HEREBY ORDERED** that the automatic bankruptcy stay shall NOT expire as contemplated in 11 U.S.C. section 362 ( c ) ( 3 ).

**IT IS FURTHER ORDERED** that the automatic stay shall remain in effect unless or until modified by further order of the Court.

***SIGNED AND DATED ABOVE***